# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FERNANDO LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES TILTON,<br><br>    Respondent. | No. CV 08-1116-ABC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report after six extensions of time. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

DATED: September 29, 2011

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE