# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FERNANDO LOPEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES TILTON,<br><br>    Respondent. | No. CV 08-1116-ABC (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied with prejudice.

DATED: September 29, 2011

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE